# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

JUDGE HIBBLER

**Plaintiff:**

Dr. Ali Sayman
19 E. Ohio Rm. 1106
Chicago, IL 60611

**02C 1614**

Case No :

MAGISTRATE JUDGE BOBRICK

DOCKETED
MAR 0 6 2002

**Defendant :**

Harold Washington College
30 E. Lake St.
Chicago, IL 60608

**RECEIVED**

MAR 0 5 2002

City Colleges of Chicago
226 W. Jackson Boulevard
Chicago, IL 60606

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## COMPLAINT

If I do any mistake, I apologize from Honorable Judge. I know mathematics- related geophysics. I do not know the laws and regulations and rules of the USA. Even, I do not know enough English to understand the laws. I do not use law words, and I can forget meaning of the words in a certain time later. I have the English-Turkish Dictionary and the Turkish- English Dictionary. Also, I read English Law Dictionary. It is not enough to understand meaning of law words. Law is special subject.

1- I have opened the District Court Case No: 01-C-4212. I could not get permission from EEOC Washington D.C. and the case dismissal. I am giving temporary permission from EEOC in Chicago dated on 1.31.2002 (App.1) When I will receive from Washington D.C. permission, I will give it to the District Court immediately.

2- I am giving some documents about related Mat100 course during 2000-fall semester. Course Book: Basic College Mathematics by Jeffrey Stater and John Tobay, Prentice Hall, 3rd Edition, 1998, ISBN 0-13-636507-8. These are students's papers.

- 1 -

2a- I had given 24 quizzes. I found these students' quizzes from Mathematics Department. I read them and gave grade to students's quizzes: Quiz 4 total 7 pages, Quiz 5 total 8 pages, Quiz 6 total 10 pages, Quiz 10 total 6 pages, Quiz 11 total 3 pages, Quiz 12 total 3 pages, Quiz 13 total 8 pages, Quiz 14 total 3 pages, Quiz 15 total 2 pages, Quiz 16 total 12 pages, Quiz 17 total 2 pages, Quiz 20 total 9 pages, Quiz 23 total 6 pages (App.2).

2b- I had given 10 homeworks. I found these students' homeworks from Mathematics Department. I read them and gave grade to students's homeworks: Homework 1 total 1 page, Homework 2 total 8 pages, Homework 3 total 5 pages, Homework 4 total 19 pages, Homework 5 total 16 pages, Homework 6 total 13 pages, Homework 8 total 2 pages, Homework 9 total 9 pages, Homework 10 total 12 pages, Homework 11 total 8 pages (App.3).

2c- Exam 1 total 2 pages, Exam 2 total 17 pages, Exam 3 total 8 pages, Exam 4 total 78 pages (App.4).

3- I am giving some documents about related Mat110 course during 2000-fall semester. Course book: Beginning Algebra with Applications by Richard N. Aufmann, Vernon C. Barker, Joanne S. Lockwood, Houghton Mifflin Company, 5th Edition, 20008, ISBN Text: 0-395-96979-4, Instructor Annotated Edition: 0-395-96980-8. These are students's papers.

3a- I had given 24 quizzes. I found these students' quizzes from Mathematics Department. I read them and gave grade to students's quizzes: Quiz 1 total 8 pages, Quiz 3 total 6 pages, Quiz 4 total 5 pages, Quiz 5 total 3 pages, Quiz 6 total 5 pages, Quiz 7 total 5 pages, Quiz 8 total 8, Quiz 9 total 6 pages, Quiz 10 total 4 pages, Quiz 11 total 8 pages, Quiz 12 total 6 pages, Quiz 13 total 11 pages, Quiz 14 total 4 pages, Quiz 15 total 1 page, Quiz 16 total 5 pages, Quiz 17 total 8 pages, Quiz 18 total 9 pages, Quiz 19 total 7 pages, Quiz 20 total 5 pages, Quiz 21 total 9 pages, Quiz 22 total 1 page, Quiz 23 total 6 pages (App.5).

3b- Homework 1 total 9 pages, Homework 2 total 20 pages, Homework 3 total 22 pages, Homework 4 total 29 pages, Homework 5 total 21 pages, Homework 6 total 13 pages, Homework 8 total 2 pages, Homework 9 total 2 pages, Homework 10 total 11 pages, Homework 11 total 13 pages, Homework 12 total 13 pages (App.6).

3c- Exam 1 total 31 pages, Exam 2 total 14 pages, Exam 2 Late total 7 pages, Exam 3 total 5 pages, Exam 4 total 88 pages (App.7).

4- I gave Mat110 Homework 8 dated on 11. 17.2001. When I gave this homework, I forgot to solve problem two-point formula related page 244 problem 41. I solved this problem slope and constant method. I did not give total grades from this problem. I wrote on the papers: How did you solve this problem. Please tell me this question. Any student

did not ask any question. I was expected at least a few students could tell me. I wanted to give extra grade for this question. Later, I solved the problem on the blackboard in the class (App.8). I could not find homework any student paper from Mathematics Department. I had also interesting students's papers, but I could not find them.

4a- Mat100 Exam 3, problem 10 any student did not solve this problem. I have done same problem in the class on the blackboard. I change two numbers 60,70, 75,80 instead of 75,7,75,75.

5- I wrote on the blackboard and orally told that if I had done any mistake for grade, I would be glad to see student paper and then I could correct the grade. I had solved all problems that students asked me any problem. I usually have not solved odd problems in the class, because odd problems have given solution of result problems. Therefore, I had requested from students to similar problem even problems for to solve in the classroom. Any student could not say that I could not solve any problem, and I could not give a correct answer any question.

6- I gave the complaint to Illinois Attorney General, Jim Ryan, dated on Jul 12, 2001 (App.9). I wrote on line 1 " I have Turkey telephone numbers, addresses, and some special note on the 1 paper on the both side. I was looking another paper. I could not see this paper dated on 7.9.2001 at 10:00p.m. This paper was locked blue luggage.
2) There were 2 young girls inn the front of the street door at Bellwood Hotel dated on 7.11.2001 at 12:55p.m. I asked to the receptionist for mail. She showed me one thick block paper money from leather handbag. There was a lot of money inside leather handbag. "

6a- After this time, I could not talk some telephone number from the USA to Turkey. Telephone bell does not ring in Turkey. Therefore, I cannot communicate with telephone in Turkey. In a certain time later, I found the one paper, in the same luggage but in the difference place.

7- I gave the complaint Illinois Attorney General dated on 2.5.2002 (App.10a) I wrote on line 1 "I have not seen these documents dated on 2.2.2002, 10:30p.m. 1-Federal District Court, Case No:01 C 4212, Amended Complaint 11.8.2001, App.13 to .26."

7a- I wrote on line 7 " a- I called 911 at 10:30p.m. Police Ms. Torba, 9921, came 11:15 p.m. I said that dark blue luggage inside were taken, No damage, used key. She said that all look and call 311 for record. B-I called 311 at 12:03a.m. 2.3.2002. Police called 911. He said that police would come. c) Polices came 1:00p.m. Pohl, 6582, and Bridges 9755, I show the luggage, and I said that I look all everywhere. I said that polices could look everywhere. They did not give police report."

7b-Police Record Number is HH164331 dated on 2.3.2002 at 2:00 a.m. (App.10b)

8- I received my work permission from Authorization dated on 7.21.2000. I have worked from 7.21.2000 to 12.26.2001. I earned from Dominick's total gross $354.25 (App.11a), Harold Washington College gross $4,928 (App.11b), and Chicago Public School until 12.28.2001 total gross $9,793.59 (App.11c). Total $354.25+$4,928+$9,793.59 = $15,075.84. I have earned 17.3 months. Average of total gross a month is $15,075.84/17.3 = $871.43 per month total gross money. I earned 2001 year total gross $9,793.59 that is less than minimum living, $1400, in Chicago. I could not work as a substitute teacher, even 1 day, at Chicago Public Schools during summer 2001.

8a- According to Minute Clerk, Sandra Brooks, Honorable Judge Lindberg knew my situation as a substitute teacher at Chicago Public Schools. Honorable Judge Lindberg called Chicago Public Schools Substitute Center. I have a job. Therefore, I should not hurry for work to fall semester at Harold Washington College. I worked every day spring semester, except weekend and holidays. This fall semester, I could not work every day. Substitute Center told me that I had to find a job, and I could not get a job every day. For example, I worked from 11.5.2001 to 11.16.2001 one day in 2 weeks.

9- When I received the order dated on 11.16.2001, I immediately went Appointed Counsel Robert T. Josef, and I gave first and second complaints dated on 11.26.2001. I gave students papers that were graded and Illinois Department of Human Rights all documents, Charge No: 2001CF1615, dated on 11.30.2001.

9a- Appointed Counsel Robert T. Josef asked me questions:
Why did I give another examples than this case?
I said that similar actions have been done related my defendants; therefore, I gave other examples. He said okay.
Why will I give students' papers?
I said that previous Appointed Counsel Prof. Dr. Richard J. Gonzalez was a professor at Kent College, and Professor knew student's situation. He said Okay.
Why do I accuse my defendants?
I said that I have documents that have been stolen from 3 residences; Ms. Christine Franz could not do this situation. She could do only at Harold Washington College, and she could not order to the other person, therefore, these actions had been done under control of my defendants.

10- I wrote the letter to Honorable Judge George W. Lindberg dated on 1.9.2002 (App.12a). I received an answer from Clerk of District Court, Mr. Michael W. Dobbins, without signature dated on 1.10.2002 (App.12b). Honorable Judge George W. Lindberg gave the Appointed Counsel. I wanted to get about my situation clearly. I am a pro-se. I wanted to discuss my situation at the Chamber. I cannot give immediately motion to the Appointed Counsel.

10a- Appointed Counsel Robert T. Josef gave meeting dated on 12.4.2001. He brought Attorney at Law Derrick M. Kedziora, and I discussed my situation. They asked

- 4 -

questions, and I gave answer all questions. They decided to come back again. They said that they would send Email. I went appointed counsel dated on 12.5.2001. They changed meeting date 12.12.2001 to 12.11.2001 (App.13a). I have looked at email, but I could not see message of them. I received same message dated on 12.10.2001. I received same message 2497 times (App.13b).

10b- I requested from them to get "Harold Washington College and Chicago City College would not give any kind a job, mathematics courses and tutoring, and Illinois Department of Human Rights at Springfield section". Because, I gave other sections to them. I took this document dated on 1.4.2002 (App.13c).

10c- If appointed counsel could not get these documents, how could I bring these documents to the Court? First appointed counsel, Prof. Dr. Richard J. Gonzalez, also neutral person at Illinois Department of Human Rights. He told me that anyone did not behind me at the College. He learned it.

11- Also, Attorney at Law Bernard J. Nussbaum have worked at Sonnenschein Nath & Rosenthal. When I was at the meeting date with my counsels that were calling to Attorney at Law Bernard J. Nussbaum (Tel : ((312) 876 8039). Jewish people have protected each other. Who can give guaranty to give not knowledge to my defendants?

11a- Honorable Judge George W. Lindberg have wanted to write letter to Washington C.D. for Illinois Department of Human Rights all documents, Charge No: 2001CF1615 to open new case at Federal Court dated on 12.20.2001. They have not written any letter EECO for open new case.

11b- Attorney at Law Derrick M. Kedziora asked me that I would marry with the Jewish girl. I said that I could not care about to marry or not to marry with me, and this was not my problem, and that was her problem.

12- I were sending photocopy of my Federal Court complaints and appendixes to Turkey. If I need I could use them. If I do not need them, they would be my memory documents for past dates. If any material was taken from my room, I could have replaced it. Also, I sent my first class mail in which I put District Court the complaint (Case No: 4: 00CV00862JCH), and other materials not related this case (Application of Appeal Immigration Court and Turkish complaint to Turkish Government), to send to Turkey dated on June 15, 2000 (App.14). I called up Turkey dated on June 27, 2000. I learned that it was not arrived in Turkey. But Mr. Ersin Oral gave this mail to Consulate General of Turkey in Chicago. I learned this situation from Consulate General of Turkey in Chicago dated on June 28, 2000 at 11.00 - 11.20 a.m. . See: United States Court of Appeals for the Eight Circuits dated on 12.29.2000, Case No: 00-3789EMSL, paragraph 3, p.10.

12a- I had two copies of original documents from Turkish Notary for App. 1 and App. 2,

- 5 -

which I gave original one document to Appeal Court dated on 8. 8. 1996 and filled 8. 8. 1996. The second document had been stayed in Turkey. I could not get the second original document from Turkey to USA. I could not succeed. Ali Ekber Yurtsever, did not send them. Without an attorney of law, to bring the documents from 1. Izmir Notary takes time. <u>See</u>: United States Court of Appeals for the Eight Circuits dated on 12.29.2000, Case No: 00-3789EMSL, paragraph 7, p.11.

13- I gave the complaint to IDHR Director, Mr. Carlos J. Salazar, from Illinois Department of Human Rights to get document that I could not work as an instructor and tutoring all City Colleges of Chicago dated on 1.31.2002 (App. 15). I have not received an answer yet.

14- I received the letter from United States Department of Justice Executive Office for Immigration Review Board of Immigration Appeals dated on 11.9.2001 (App.16).

14a- Page 3 on line 6 "The respondent testified in court that he is not a "race discriminator and that he has never belonged to any organization which discriminated on the basis of race. "" I had opened race discrimination cases at Federal Court in Saint Louis. All cases had been dismissal. Also, I could not find very quickly Rule 27 for documents rules. Therefore, race discrimination against Jewish people has been taken more than 5 years. I gave all documents to the Court correct and true that was given decision. I had not had an attorney. I am a geophysicist, scientist. In my opinion, every race is equals. I do not know laws. I could not clean from the race discriminator against Jewish people. I could not have worked in Turkey.

14b- Page 3 on line 8 "He also testified that he is now a Catholic, although he was born a Muslim." I did not change my religion from Muslim to Catholic. I opened the case Federal Court for religious discrimination. District Court Case No: 4: 01CV593ERW gave decision dismissal. I am a scientist. I can see all evidence from science view. Religious is everyone's own private life. I learned that I have changed my religion from Muslim to Catholic in Saint Louis dated in 1997. I did not change my religion from Muslim to Catholic. Muslim prays directly to God. There is not any person between God and Muslim. Muslim does not do confession. I have never been any church in Saint Louis and in Chicago. In my opinion, every religion is equals.

15- When Hitler was Prime Minister in Germany in 1933; Nazism had been affected to Jewish people. Ataturk was President of Turkey. Turkish Government started to survive Jewish people from Germany since 1933 and during Second World War. Turkish Government accepted all Jewish people as a Turkish citizenship. Many Turkish diplomatists have helped to Jewish people for to get Turkish citizenship, and to go to Turkey. Turkish Government protected Turkish Citizenship Jewish people. Many Jewish people later have gone to the USA. Survived Jewish People from Nazism made 64 minutes film documentation in January 2002 and this documentation has been shown all in the USA at CNN channel.

16- **Inquisition:** Roman Catholic ecclesiastical tribunal esp. of medieval times and the early modern period having as its primary objective the discovery, punishment, and prevention of heresy; specific: an ecclesiastical tribunal set up in Spain under state control in 1478-80 with the object of proceeding against lapsed converts from Judaism, crypto-Jews, and other apostates that was marked by the extreme severity of its proceedings.

See: Webster's Third New International Dictionary of the English Language Unabridged, Merriam –Webster Inc., Publisher, Springfield Massachusetts, USA, 1981, p.1167.

17- First time in the USA, Honorable Judge George W. Lindberg gave me Appointed Counsel, even 3 times. Thanks very much Honorable Judge George W. Lindberg. I opened the case dated on 6.5.2001. Time has passed 8 months for nothing. Now, I am starting point in a case.

17a- I have been known the race discriminator against Jewish people, and I have been changed my religion from Muslim to Catholic by native the USA citizenship. I am not against Jewish people, and I have not changed my religion from Muslim to Catholic. I was born in Muslim country, in Turkey, therefore, I am a Muslim. I am not against any religion and any race. I can see evidence with science. I am not against any race and any religion. In my opinion, every religion and every race are equals.

17b- These actions are under control of my defendants in St. Louis. I have given some examples from other actions that show similar action without evidence in this case.

**Constitution of the United States of America:**

**Amendment I. Freedom of religion, speech and press, peaceful assemble; petition of grievances.**

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

**Amendment XIV. Section 1. Citizenship rights not to be abridged by States**

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

See: Illinois Complied Statutes 2000, 1 Constitution, West Publishing Co., 2001, p.6, 7.

**Constitution of the State of Illinois:**

**Article I – Bill of Rights**

**Section1: Inherent and Inalienable Rights**

All men are by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness. To secure these rights and the protection of property, governments are instituted among men, deriving their just powers from the consents of the governed

**Section 2: Due Process and Equal Protection**

No person shall be deprived of life, liberty or property without due process of law nor be denied the equal protection of the laws.

**Section 3: Religious Freedom**
The free exercise and enjoyment of religious profession and worship, without discrimination, shall forever be guaranteed, and no person shall be denied any civil or political right, privilege or capacity, on account of his religious opinions; but the liberty of conscience hereby secured shall not be constructed to dispense with oaths or affirmations, excuse acts of licentiousness, or justify practices inconsistent with the peace or safety of the State. No person shall be required to attend or support any ministry or place of worship against his consent, nor shall preference be given by law to any religious discrimination or mode of worship.

See: Illinois Complied Statutes 2000, 1 Constitution, West Publishing Co., 2001, p.11.

**Constitution of the State of Missouri:**

**Article I – Bill of Rights**

**Section 2: Promotion of general welfare - natural rights of persons- equality under the law- purpose of government**

That all constitutional government is intended to promote the general welfare of the people; that all persons have a natural right to life, liberty, the pursuit of happiness and the enjoyment of the gains of their own industry; that all persons are created equal and are entitled to equal rights and opportunity under the law; that to give security to these things is the principal office of government, and that when government does not confer this security, it fails in its chief design.

**Section 5: Religious freedom- liberty of conscience and belief – limitations**

That all men have a natural indefeasible right to worship Almighty God according to the dictates of their own consciences; that no human authority can control or interfere with the rights of consciences; that no person shall, on account of his religious persuasion or belief, be rendered ineligible to any public office or thrust or profit in this state, be disqualified from testifying or serving as a juror, or be molested in his person or estate; but this section shall not be construed to excuse acts of licentiousness, nor to justify practices inconsistent with good order, peace or safety of the state, or with the rights of others.

See: Vernon's Annotated Missouri Statutes, Constitution Art 1, West Publishing Co., Vol.1, 1995, p.15, 44

*[signature]*
Dr. Ali Sayman
19 E. Ohio Rm. 1106
Chicago, IL 60611
3.5.2002

(App. L)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

Mr. Ali Sayman
2498 South Blue Island Street
Apartment 19
Chicago, Illinois 60608

      Re:    Charging Party: **Ali Sayman**
                Respondent: **Harold Washington College**
                EEOC Charge Number: **21BA10912**
                IDHR Charge Number: **2001CF1615**

Dear Mr. Sayman:

Your request for a Notice of Right to Sue on the above referenced EEOC charge has been received.

Because your charge is filed against a public employer, your request is being forwarded to the Department of Justice, in accordance with regulations. You will receive a Notice from them in the near future.

This terminates the Commission processing of this charge.

                                                   Sincerely,

31 January 2002
Date

Nola Smith
State & Local Coordinator

Enclosure

Transmittal to Department of Justice
of Request for Notice of Right to Sue

cc:   Ms. Karen Ferguson, Employment Litigation Section
       Civil Rights Division, U.S. Department of Justice
       Box 65968, Washington, D.C. 20035-5968

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## TRANSMITTAL TO DEPARTMENT OF JUSTICE OF REQUEST FOR NOTICE OF RIGHT TO SUE

(The attached charge involves state/local government or political subdivisions, including public educational institutions.)

| | |
|---|---|
| **TO:** Ms. Karen Ferguson<br>Employment Litigation Section<br>Civil Rights Division<br>U. S. Department of Justice<br>Box 65968<br>Washington, D.C. 20035-5968 | **FROM:** Equal Employment Opportunity Commission<br>Chicago District Office<br>500 West Madison Street<br>Suite 2800<br>Chicago, Illinois 60661-2511 |

### NOTICE OF RIGHT TO SUE TO BE ISSUED BASED ON THE INFORMATION PROVIDED BELOW

**NAME/ADDRESS OF CHARGING PARTY TO WHOM NOTICE IS TO BE ADDRESSED:**

Ms. Ali Sayman
2498 South Blue Island Avenue
Apartment 19
Chicago, Illinois 60608

[ ] Charging party has filed the charge on behalf of an aggrieved person whose identity is confidential (29 CFR 1601.7(a)).

**IF CHARGE WAS THIRD PARTY CHARGE, NAME AND ADDRESS OF AGGRIEVED PERSON TO WHOM NOTICE IS TO BE SENT:**

**NAME/ADDRESS OF RESPONDENT(S) AND EEOC CHARGE NUMBER(S)**

Kwame Raoul, Esq., Staff Counsel
City Colleges of Chicago, HAROLD WASHINGTON COLLEGE
226 West Jackson Boulevard, 14th Floor
Chicago, Illinois 60606          EEOC Number 21BA10912    IDHR Number 2001CF1615

**ATTACHED IS A REQUEST FOR NOTICE OF RIGHT TO SUE FOR THE ABOVE CHARGE(S) AND OTHER ATTACHED DOCUMENTS AS INDICATED BELOW:**

**LETTER OF REQUEST FROM:**

[X] CHARGING PARTY    January 18, 2002    [ ] ATTORNEY FOR CHARGING PARTY

**ATTACHMENTS:** [X] ORIGINAL CHARGE    [ ] AMENDED    [ ] CAUSE DETERMINATION
(If issued) DATED _____

**THIS CHARGE WAS FILED** (Filing    January 23, 2001

[ ] Less than 180 days have elapsed since the filing date. I certify that the Commission's processing of this charge will not be completed within 180 days from the date shown above.
[ ] Please indicate on the Notice of Right To Sue that the Commission will continue to process this charge.

**NAME AND TELEPHONE NUMBER OF CONTACT PERSON** (Use FTS No.)
Nola Smith, State and Local Coordinator    (312) 886-5973

Signature: *Nola Smith*    **DATE** 31 [Jan] 2002

**TYPED NAME OF EEOC OFFICIAL**
John P. Rowe, District Director

**SIGNATURE:** *John P. Rowe*

### FOR DEPARTMENT OF JUSTICE USE ONLY

| [ ] R'S | [ ] OMIT ATTY # | [ ] DCT | [ ] FILE |
|---|---|---|---|

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**REMARKS**

**If there are ADEA/EPA allegations in the charge, we have enclosed the Notice(s) of Right to Sue for them. These Notices have been signed by the Commission. Please date them and forward them to the respective parties at the same time as you forward those documents pertaining to the Notice of Right to Sue request under Title VII/ADA.**

EEOC Form 257 (Test 10/94)

This form is affected by the Privacy Act of    . See Privacy act statement before completing this form.

☒ FEPA
☒ EEOC    2001CF/415

## Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

**NAME** (indicate Mr., Ms., Mrs.): Ali Sayman
**HOME TELEPHONE** (Include Area Code):

**STREET ADDRESS / CITY, STATE AND ZIP CODE**: 2498 S. Blue Island, Apt. 19, Chicago, IL 60608
**DATE OF BIRTH**:

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** (If more than one, list below)

**NAME**: Harold Washington College
**NUMBER OF EMPLOYEES, MEMBERS**: 15+
**TELEPHONE** (Include Area Code): 312/553-6000

**STREET ADDRESS**: 30 E. Lake St.
**CITY, STATE AND ZIP CODE**: Chicago, IL 60601
**COUNTY**: Cook

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST (ADEA/EPA)    LATEST (ALL): 1/11/0
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheet(s))

I.  A.  ISSUE/BASIS
        DISCHARGE ON JANUARY 11, 2001, DUE TO RELIGION, ISLAM

    B.  PRIMA FACIE ALLEGATIONS
        1.  My religion is Islam.

        2.  My performance as Instructor was satisfactory.

        3.  On January 11, 2001, Christine Franz, Dean of Instruction discharged me. The reason given was that I was unable to control my students.

        4.  Although I don't know how other instructors were treated under similar circumstances, I have reason to believe that Respondent discharged me solely due to my religion, in violation of the Illinois Human Rights Act.

LGV/JJT/lgv

☒ I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

"OFFICIAL SEAL"
Krystal I. Rogers
Notary Public, State of Illinois
My Commission Expires July 9, 2002
Notary's Signature 1/25/01

NOTARY (when necessary for State and Local Requirements)
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

**SIGNATURE OF COMPLAINANT**: A. Sayman
**DATE**: 1.23.2001

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)

EEOC FORM 5 (5/00)

# SEE CASE FILE FOR FURTHER EXHIBITS